# EXHIBIT A



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD |
| **Goods and Services** | IC 036. US 101 102. G & S: BANKING AND RELATED FINANCIAL SERVICES, INVESTMENT SERVICES AND SECURITIES' UNDERWRITING, ISSUANCE, BROKERAGE AND DEALERSHIP SERVICES. FIRST USE: 19690705. FIRST USE IN COMMERCE: 19690900 |
| **Mark Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 73816894 |
| **Filing Date** | August 4, 1989 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | April 2, 1991 |
| **Change In Registration** | CHANGE IN REGISTRATION HAS OCCURRED |
| **Registration Number** | **1649009** |
| **Registration Date** | June 25, 1991 |
| **Owner** | (REGISTRANT) TORONTO-DOMINION BANK, THE CHARTERED BANK CANADA LEGAL DEPARTMENT, P.O. BOX 1, TORONTO-DO KING STREET W. AND BAY STREET TORONTO, ONTARIO CANADA MK5 1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1195870 |
| **Description of Mark** | THE MARK CONSISTS, IN PART, OF A STYLIZED REPRESENTATION OF THE LETTERS "TD". |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20110119. |
| **Renewal** | 2ND RENEWAL 20110119 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status  *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Securities brokerage services; mututal fund brokerage services; banking services. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19990600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 78516953 |
| **Filing Date** | November 15, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | October 11, 2005 |
| **Registration Number** | **3037995** |
| **Registration Date** | January 3, 2006 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank CHARTERED BANK CANADA Toronto-Dominion Tower, 12th Floor 66 Wellington Street West Toronto, Ontario CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Priority Date** | May 13, 2004 |
| **Prior Registrations** | 1640759;1649009;2750706 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160309. |
| **Renewal** | 1ST RENEWAL 20160309 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |    *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Securities brokerage services; mutual fund brokerage services; banking services. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19990600 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.11 - Rectangles divided twice into three sections 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 78516988 |
| **Filing Date** | November 15, 2004 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A;44D |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | **3041170** |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank CHARTERED BANK CANADA Toronto-Dominion Tower, 12th Floor 66 Wellington Street West Toronto, Onatario CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Priority Date** | May 13, 2004 |
| **Prior Registrations** | 1640759;1649009;2750706 |
| **Description of Mark** | The color(s) green and white is/are claimed as a feature of the mark. The color green appears as a background for the letters "TD" depicted in white. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160309. |
| **Renewal** | 1ST RENEWAL 20160309 |
| **Live/Dead Indicator** | LIVE |

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP |

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*

TD

| | |
|---|---|
| **Word Mark** | TD |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Securities brokerage services; mutual fund brokerage services; banking services. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19990600 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 78576698 |
| **Filing Date** | February 28, 2005 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | October 18, 2005 |
| **Registration Number** | **3041792** |
| **Registration Date** | January 10, 2006 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank CHARTERED BANK CANADA Toronto-Dominion Tower, 12th Floor 66 Wellington Street West Toronto, Ontario CANADA M5K 1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1640759;1649009;2750706 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20160309. |
| **Renewal** | 1ST RENEWAL 20160309 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP



**United States Patent and Trademark Office**

Home|Site Index|Search|FAQ|Glossary|Contacts|eBusiness|eBiz alerts|News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

## TD

**Word Mark** TD

**Goods and Services**

IC 009. US 021 023 026 036 038. G & S: Computer software related to financial information, investment, and trading, namely, electronic trading software, portfolio management software; computer software for mortgage lending; financial analytical software; software for providing electronic connectivity to financial exchanges and markets; magnetically encoded credit and debit cards; downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; downloadable electronic publications in the nature of lesson plans and teaching aids in the form of activity books, workbooks, handbooks, worksheets, charts, and illustrations in the fields of banking and finance. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed publications, namely, [ magazines, ] newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading, and catalogs of products in the fields of banking [ and insurance ]. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 035. US 100 101 102. G & S: online payroll preparation; economic research and economic research services provided via a global computer network; promoting the sale of credit card accounts through the administration of incentive rewards programs; arranging and conducting incentive reward programs to promote the sale of product and services of others; statement production, namely, preparation of financial statements; preparing business reports containing financial and economic information. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 036. US 100 101 102. G & S: Financial services, namely, banking services; account management services, namely, investment management, custodial service in the nature of financial management, securities trade execution services and securities settlement services; foreign currency exchange services; cash management services; issuing bank-branded prepaid gift cards; banking services, namely, maintaining escrow accounts for mortgage and individual retirement accounts; automated coin-counting services provided through coin-counting machines; electronic funds transfer;

administration of health savings accounts; providing grants and financial support to charitable organizations and governmental bodies for education, health, civic and community support, conservation of natural resources and support of philanthropy; banking services, namely, online banking services and online banking account services featuring account information reporting, automated clearing house, wire transfer and stop payment services; online mortgage banking, consumer and commercial lending services, investment brokerage, and stock brokerage services; banking services and online banking services, namely, providing customers with online access to account information, account management and reports, and electronic transactions via the Internet and computer networks; financial services, namely, wealth management services; financial consultation services; investment and financial advice and management; providing investment advice and investment brokerage services via the Internet; financial planning; private banking services and financial asset management; investment and financial advisory and management services; estate planning; estate trust management services; trust and estate services, namely, estate trust management and estate trust planning; financial management of pooled funds and pension funds; investment brokerage; automated securities brokerage; electronic discount securities brokerage services; commodity trading for others; financial services, namely, assisting others with the completion of financial transactions for stocks, bonds, securities, and equities; stock exchange price quotations, stock brokerage; security brokerage services; services related to administration of assets, namely, financial custody services, namely, maintaining possession of financial assets for others and financial research in the fields of fixed income, sales and trading of securities; financial services, namely, trading of equities, equity derivatives, swaps and options; brokerage of shares of stocks and other securities; mutual fund services, namely, mutual fund investment and brokerage services, mutual fund development and formation services for others, mutual fund distribution; mutual fund management, namely, management and portfolio advice for investment funds; securities underwriting, issuance, brokerage and dealership services; corporate financial trust operation and management services; issuance and administration of annuities; financial information provided by electronic means; financial services, namely, providing securities and investment information; providing stock and securities market information; economic forecasting and analysis; providing information in the nature of a database of reference materials in the fields of banking, investment and insurance; real estate services, namely, real estate financing; financial portfolio management services and insurance services, namely, insurance underwriting services in the fields of life, health, vehicle, and creditor; lending services, namely, consumer, commercial, mortgage, real estate and wholesale, asset-based lending; financing and loan services; auto financing services; credit services, namely, credit card services, safe deposit box services, debit card services; lease-purchase financing services; equipment financing; providing an interactive web site featuring information for children and educators in the fields of banking and financial services; providing an interactive web site featuring educational information in the fields of banking and finance. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19690300

IC 038. US 100 101 104. G & S: Providing multiple-user access to a global computer information network; telecommunications gateway services, namely, providing an online link to news, financial information, business information, current events and reference materials; secure transmission of digital files in the field of banking not including the provision of news, information and research into third party banking services. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 041. US 100 101 107. G & S: Check processing services, namely, check imaging services provided by banks to business customers through an Internet log-on website; Non-downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; entertainment services, namely, leasing stadium facilities for sporting events, and concerts; leasing stadium suites for event-viewing purposes; educational services, namely, conducting training classes, seminars, conferences, and workshops in the fields of banking, financial services, strategy, leadership and customer service, and distributing course materials in connection therewith; educational services in the nature of conducting children's programs in the fields of banking and financial services, featuring live school presentations in the nature of lectures and arranging of contests and guided educational tours of bank branches; educational services, namely, providing an interactive web site featuring online non-downloadable publications in the nature of teaching aids in the form of educational games and puzzles in the fields of banking and finance. FIRST USE: 20050301. FIRST USE IN COMMERCE: 20050301

**Standard Characters Claimed**

**Mark**

| | |
|---|---|
| **Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85478650 |
| **Filing Date** | November 22, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 28, 2012 |
| **Registration Number** | **4388813** |
| **Registration Date** | August 20, 2013 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank chartered bank CANADA 12th Floor Toronto-Dominion Tower 66 Wellington Street Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1649009;3041170;3808588;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks > Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

TSDR | ASSIGN Status | TTAB Status   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD |
| **Goods and Services** | IC 009. US 021 023 026 036 038. G & S: Computer software related to financial information, investment, and trading, namely, electronic trading software, portfolio management software; computer software for mortgage lending; financial analytical software; software for providing electronic connectivity to financial exchanges and markets; magnetically encoded credit and debit cards; downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; downloadable electronic publications in the nature of lesson plans and teaching aids in the form of activity books, workbooks, handbooks, worksheets, charts, and illustrations in the fields of banking and finance. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600<br><br>IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed publications, namely, magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading, and catalogs of products in the fields of banking and insurance. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600<br><br>IC 035. US 100 101 102. G & S: online payroll preparation; economic research and economic research services provided via a global computer network; promoting the sale of credit card accounts through the administration of incentive rewards programs; arranging and conducting incentive reward programs to promote the sale of product and services of others; statement production, namely, preparation of financial statements; preparing business reports containing financial and economic information. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600<br><br>IC 036. US 100 101 102. G & S: Financial services, namely, banking services; account management services, namely, investment management, custodial service in the nature of financial management, securities trade execution services and securities settlement services; foreign currency exchange services; cash management services; issuing bank-branded prepaid gift cards; banking services, namely, maintaining escrow accounts for mortgage and individual retirement accounts; automated |

coin-counting services provided through coin-counting machines; electronic funds transfer; administration of health savings accounts; providing grants and financial support to charitable organizations and governmental bodies for education, health, civic and community support, conservation of natural resources and support of philanthropy; banking services, namely, online banking services and online banking account services featuring account information reporting, automated clearing house, wire transfer and stop payment services; online mortgage banking, consumer and commercial lending services, investment brokerage, and stock brokerage services; banking services and online banking services, namely, providing customers with online access to account information, account management and reports, and electronic transactions via the Internet and computer networks; financial services, namely, wealth management services; financial consultation services; investment and financial advice and management; providing investment advice and investment brokerage services via the Internet; financial planning; private banking services and financial asset management; investment and financial advisory and management services; estate planning; estate trust management services; trust and estate services, namely, estate trust management and estate trust planning; financial management of pooled funds and pension funds; investment brokerage; automated securities brokerage; electronic discount securities brokerage services; commodity trading for others; financial services, namely, assisting others with the completion of financial transactions for stocks, bonds, securities, and equities; stock exchange price quotations, stock brokerage; security brokerage services; services related to administration of assets, namely, financial custody services, namely, maintaining possession of financial assets for others and financial research in the fields of fixed income, sales and trading of securities; financial services, namely, trading of equities, equity derivatives, swaps and options; brokerage of shares of stocks and other securities; mutual fund services, namely, mutual fund investment and brokerage services, mutual fund development and formation services for others, mutual fund distribution; mutual fund management, namely, management and portfolio advice for investment funds; securities underwriting, issuance, brokerage and dealership services; corporate financial trust operation and management services; issuance and administration of annuities; financial information provided by electronic means; financial services, namely, providing securities and investment information; providing stock and securities market information; economic forecasting and analysis; providing information in the nature of a database of reference materials in the fields of banking, investment and insurance; real estate services, namely, real estate financing; financial portfolio management services and insurance services, namely, insurance underwriting services in the fields of life, health, vehicle, and creditor; lending services, namely, consumer, commercial, mortgage, real estate and wholesale, asset-based lending; financing and loan services; auto financing services; credit services, namely, credit card services, safe deposit box services, debit card services; lease-purchase financing services; equipment financing; providing an interactive web site featuring information for children and educators in the fields of banking and financial services; providing an interactive web site featuring educational information in the fields of banking and finance. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19690300

IC 038. US 100 101 104. G & S: Providing multiple-user access to a global computer information network; telecommunications gateway services, namely, providing an online link to news, financial information, business information, current events and reference materials; secure transmission of digital files in the field of banking not including the provision of news, information and research into third party banking services. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 041. US 100 101 107. G & S: Check processing services, namely, check imaging services provided by banks to business customers through an Internet log-on website; Non-downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; entertainment services, namely, leasing stadium facilities for sporting events, and concerts; leasing stadium suites for event-viewing purposes; educational services, namely, conducting training classes, seminars, conferences, and workshops in the fields of banking, financial services, strategy, leadership and customer service, and distributing course materials in connection therewith; educational services in the nature of conducting children's programs in the fields of banking and financial services, featuring live school presentations in the nature of lectures and arranging contests and guided educational tours of bank branches; educational services, namely, providing an interactive web site featuring online non-downloadable publications in the nature of teaching aids in the form of educational games and puzzles in the fields of banking and finance. FIRST USE: 20050301. FIRST USE IN COMMERCE: 20050301

**Mark**

| | |
|---|---|
| **Drawing Code** | (5) WORDS, LETTERS, AND/OR NUMBERS IN STYLIZED FORM |
| **Serial Number** | 85478657 |
| **Filing Date** | November 22, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 28, 2012 |
| **Registration Number** | **4388814** |
| **Registration Date** | August 20, 2013 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank chartered bank CANADA 12th Floor Toronto-Dominion Tower 66 Wellington Street Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1649009;3041170;3808588;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "TD" in a stylized format. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*



**Word Mark**  TD

**Goods and Services**

IC 009. US 021 023 026 036 038. G & S: Computer software related to financial information, investment, and trading, namely, electronic trading software, portfolio management software; computer software for mortgage lending; financial analytical software; software for providing electronic connectivity to financial exchanges and markets; magnetically encoded credit and debit cards; downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; downloadable electronic publications in the nature of lesson plans and teaching aids in the form of activity books, workbooks, handbooks, worksheets, charts, and illustrations in the fields of banking and finance. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 016. US 002 005 022 023 029 037 038 050. G & S: Printed publications, namely, magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading, and catalogs of products in the fields of banking and insurance. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 035. US 100 101 102. G & S: Online payroll preparation; economic research and economic research services provided via a global computer network; promoting the sale of credit card accounts through the administration of incentive rewards programs; arranging and conducting incentive reward programs to promote the sale of product and services of others; statement production, namely, preparation of financial statements; preparing business reports containing financial and economic information. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 036. US 100 101 102. G & S: Financial services, namely, banking services; account management services, namely, investment management, custodial service in the nature of financial management, securities trade execution services and securities settlement services; foreign currency exchange services; cash management services; issuing bank-branded prepaid gift cards; banking services, namely, maintaining escrow accounts for mortgage and individual retirement accounts; automated coin-counting services provided through coin-counting machines; electronic funds transfer;

administration of health savings accounts; providing grants and financial support to charitable organizations and governmental bodies for education, health, civic and community support, conservation of natural resources and support of philanthropy; banking services, namely, online banking services and online banking account services featuring account information reporting, automated clearing house, wire transfer and stop payment services; online mortgage banking, consumer and commercial lending services, investment brokerage, and stock brokerage services; banking services and online banking services, namely, providing customers with online access to account information, account management and reports, and electronic transactions via the Internet and computer networks; financial services, namely, wealth management services; financial consultation services; investment and financial advice and management; providing investment advice and investment brokerage services via the Internet; financial planning; private banking services and financial asset management; investment and financial advisory and management services; estate planning; estate trust management services; trust and estate services, namely, estate trust management and estate trust planning; financial management of pooled funds and pension funds; investment brokerage; automated securities brokerage; electronic discount securities brokerage services; commodity trading for others; financial services, namely, assisting others with the completion of financial transactions for stocks, bonds, securities, and equities; stock exchange price quotations, stock brokerage; security brokerage services; services related to administration of assets, namely, financial custody services, namely, maintaining possession of financial assets for others and financial research in the fields of fixed income, sales and trading of securities; financial services, namely, trading of equities, equity derivatives, swaps and options; brokerage of shares of stocks and other securities; mutual fund services, namely, mutual fund investment and brokerage services, mutual fund development and formation services for others, mutual fund distribution; mutual fund management, namely, management and portfolio advice for investment funds; securities underwriting, issuance, brokerage and dealership services; corporate financial trust operation and management services; issuance and administration of annuities; financial information provided by electronic means; financial services, namely, providing securities and investment information; providing stock and securities market information; economic forecasting and analysis; providing information in the nature of a database of reference materials in the fields of banking, investment and insurance; real estate services, namely, real estate financing; financial portfolio management services and insurance services, namely, insurance underwriting services in the fields of life, health, vehicle, and creditor; lending services, namely, consumer, commercial, mortgage, real estate and wholesale, asset-based lending; financing and loan services; auto financing services; credit services, namely, credit card services, safe deposit box services, debit card services; lease-purchase financing services; equipment financing; providing an interactive web site featuring information for children and educators in the fields of banking and financial services; providing an interactive web site featuring educational information in the fields of banking and finance. FIRST USE: 19690300. FIRST USE IN COMMERCE: 19690300

IC 038. US 100 101 104. G & S: Providing multiple-user access to a global computer information network; telecommunications gateway services, namely, providing an online link to news, financial information, business information, current events and reference materials; secure transmission of digital files in the field of banking not including the provision of news, information and research into third party banking services. FIRST USE: 19990600. FIRST USE IN COMMERCE: 19990600

IC 041. US 100 101 107. G & S: Check processing services, namely, check imaging services provided by banks to business customers through and Internet log-on website; non-downloadable electronic publications in the nature of magazines, newsletters, guides, manuals, pamphlets, and brochures, all in the fields of finance, investment, and trading; entertainment services, namely, leasing stadium facilities for sporting events, and concerts; leasing stadium suites for event-viewing purposes; educational services, namely, conducting training classes, seminars, conferences, and workshops in the fields of banking, financial services, strategy, leadership and customer service, and distributing course materials in connection therewith; educational services in the nature of conducting children's programs in the fields of banking and financial services, featuring live school presentations in the nature of lectures and arranging of contests and guided educational tours of bank branches; educational services, namely, providing an interactive web site featuring online non-downloadable publications in the nature of teaching aids in the form of educational games and puzzles in the fields of banking and finance. FIRST USE: 20050301. FIRST USE IN COMMERCE: 20050301

| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design** | |

| | |
|---|---|
| **Search Code** | 26.09.21 - Squares that are completely or partially shaded |
| **Serial Number** | 85478664 |
| **Filing Date** | November 22, 2011 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 28, 2012 |
| **Registration Number** | **4332605** |
| **Registration Date** | May 7, 2013 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank chartered bank CANADA 12th Floor Toronto-Dominion Tower 66 Wellington Street Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1649009;3041170;3808588;AND OTHERS |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "TD" in a stylized format inside a square box. |
| **Type of Mark** | TRADEMARK. SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

## Trademarks > Trademark Electronic Search System (TESS)

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |  *( Use the "Back" button of the Internet Browser to return to TESS)*

# TD BANK

| | |
|---|---|
| **Word Mark** | TD BANK |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking services; real estate investment, real estate management and real estate financing; securities brokerage and dealer services; estate trust management services; credit card services, lending services, namely, consumer, commercial, mortgage, real estate and wholesale, investment advisory and financial advisory services; investment management and financial management services; [ insurance underwriting services in the fields of travel, life, health, accident, fire, vehicle, property and creditor; ] mutual fund investment and brokerage services. FIRST USE: 20081101. FIRST USE IN COMMERCE: 20081101 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Trademark Search Facility Classification Code** | LETS-2 TD Two letters or combinations of multiples of two letters |
| **Serial Number** | 77529427 |
| **Filing Date** | July 23, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | June 9, 2009 |
| **Registration Number** | **3788055** |
| **Registration** | May 11, 2010 |

| | |
|---|---|
| **Date** | |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank CHARTERED BANK CANADA 12th Floor; 66 Wellington Street West Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1640759;1649009;2750706;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK" APART FROM THE MARK AS SHOWN |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200504. |
| **Renewal** | 1ST RENEWAL 20200504 |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout   Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status |   *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD BANK |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking services. FIRST USE: 20081101. FIRST USE IN COMMERCE: 20081101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded<br>26.17.01 - Bands, straight ; Bars, straight ; Lines, straight ; Straight line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal ; Bars, horizontal ; Horizontal line(s), band(s) or bar(s) ; Lines, horizontal<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines ; Overlined words or letters ; Underlined words or letters |
| **Trademark Search Facility Classification Code** | LETS-2 TD Two letters or combinations of multiples of two letters<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77596279 |
| **Filing Date** | October 20, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 1, 2009 |
| **Registration Number** | **3854367** |
| **Registration Date** | September 28, 2010 |

| | |
|---|---|
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank Chartered Bank CANADA 66 Wellington Street West Toronto Dominion Tower, 12th Floor Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1649009;3037995;3041792;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of the letters "TD" in a box followed by the word "BANK" with a line underneath it. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200810. |
| **Renewal** | 1ST RENEWAL 20200810 |
| **Live/Dead Indicator** | LIVE |

TESS HOME   NEW USER   STRUCTURED   FREE FORM   BROWSE DICT   SEARCH OG   TOP   HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

 **United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD BANK |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking services. FIRST USE: 20081101. FIRST USE IN COMMERCE: 20081101 |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.09.21 - Squares that are completely or partially shaded<br>26.17.01 - Bands, straight ; Bars, straight ; Lines, straight ; Straight line(s), band(s) or bar(s)<br>26.17.05 - Bands, horizontal ; Bars, horizontal ; Horizontal line(s), band(s) or bar(s) ; Lines, horizontal<br>26.17.13 - Letters or words underlined and/or overlined by one or more strokes or lines ; Overlined words or letters ; Underlined words or letters |
| **Trademark Search Facility Classification Code** | LETS-2 TD Two letters or combinations of multiples of two letters<br>SHAPES-BAR-BANDS Designs with bar, bands or lines<br>SHAPES-COLORS-2 Design listing or lined for two colors<br>SHAPES-GEOMETRIC Geometric figures and solids including squares, rectangles, quadrilaterals and polygons |
| **Serial Number** | 77596371 |
| **Filing Date** | October 20, 2008 |
| **Current Basis** | 1A |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | September 1, 2009 |
| **Registration Number** | **3845809** |
| **Registration Date** | September 7, 2010 |

| | |
|---|---|
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank Chartered Bank CANADA 66 Wellington Street West Toronto Dominion Tower, 12th Floor Toronto CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew |
| **Prior Registrations** | 1649009;3037995;3041170;AND OTHERS |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) green and white is/are claimed as a feature of the mark. The mark consists of the letters "TD" in white inside a green box followed by the word "BANK" also shown in green with a green line underneath it. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20200810. |
| **Renewal** | 1ST RENEWAL 20200810 |
| **Live/Dead Indicator** | LIVE |



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Contacts | eBusiness | eBiz alerts | News

**Trademarks** > **Trademark Electronic Search System (TESS)**

*TESS was last updated on Wed Oct 14 03:17:22 EDT 2020*

| TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | BOTTOM | HELP |

Logout  Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

| TSDR | ASSIGN Status | TTAB Status | *( Use the "Back" button of the Internet Browser to return to TESS)*



| | |
|---|---|
| **Word Mark** | TD BANK |
| **Goods and Services** | IC 036. US 100 101 102. G & S: Banking services; real estate investment, real estate management and real estate financing; securities brokerage and dealer services; estate trust management services; credit card services, lending services, namely, consumer, commercial, mortgage, real estate and wholesale, investment advisory and financial advisory services; investment management and financial management services; insurance underwriting services in the fields of travel, life, health, accident, fire, vehicle, property and creditor; mutual fund investment and brokerage services |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.11.21 - Rectangles that are completely or partially shaded |
| **Serial Number** | 77530232 |
| **Filing Date** | July 24, 2008 |
| **Current Basis** | 44E |
| **Original Filing Basis** | 44D |
| **Published for Opposition** | April 5, 2011 |
| **Registration Number** | 3979909 |
| **Registration Date** | June 21, 2011 |
| **Owner** | (REGISTRANT) The Toronto-Dominion Bank CHARTERED BANK CANADA 12th Floor Wellington Street West Toronto-Dominion Toronto, Ontario CANADA M5K1A2 |
| **Attorney of Record** | Douglas A. Rettew, Whitney D. Cooke |
| **Priority Date** | July 23, 2008 |

| | |
|---|---|
| **Prior Registrations** | 1640759;1649009;2750706 |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "BANK" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | The color(s) green, white and black is/are claimed as a feature of the mark. The mark consists of a green box that is the background for the letters "TD" depicted in white, with the word "Bank" following in black. |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Affidavit Text** | SECT 15. SECT 8 (6-YR). |
| **Live/Dead Indicator** | LIVE |

TESS HOME | NEW USER | STRUCTURED | FREE FORM | BROWSE DICT | SEARCH OG | TOP | HELP

|.HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY