David H. Kupfer
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000

Michael G. Rhodes *(Pro Hac Vice)*
Angela L. Dunning *(Pro Hac Vice)*
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000

Bobby A. Ghajar *(Pro Hac Vice)*
COOLEY LLP
1333 2nd Street
Santa Monica, California 90401
Telephone: (310) 883-6400

*Attorneys for Defendant Plaid Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TORONTO-DOMINION BANK,<br><br>Plaintiff,<br><br>v.<br><br>PLAID INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-14424-RMB-JS<br><br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff The Toronto-Dominion Bank ("TD") and Defendant Plaid Inc. ("Plaid," and together with TD, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Plaid's time to respond to the Complaint.

WHEREAS, on October 14, 2020, TD filed a Complaint for Trademark Counterfeiting, Trademark Infringement, False Designation of Origin, False Advertising, and Unfair Competition under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and New Jersey statutory and common law.

WHEREAS, the Complaint was served on Plaid on October 16, 2020.

WHEREAS, Plaid's response to the Complaint was originally due on November 6, 2020.

WHEREAS, on November 4, 2020, the Honorable Magistrate Judge Joel Schneider entered a stipulated order extending Plaid's deadline to respond to the Complaint to December 7, 2020.

WHEREAS, the Parties are engaged in ongoing discussions regarding a possible resolution and believe that, in the interest of efficiency and judicial economy, good cause exists to defer Plaid's response deadline to January 29, 2021 to allow the parties to continue discussions.

WHEREAS, this is the second extension of time requested by the Parties in this action, and the requested extension will not affect any other dates or deadlines in the case.

NOW, THEREFORE, the Parties, subject to Court approval, hereby stipulate as follows:

1.   Plaid's obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until January 29, 2021;

2.   Nothing in this stipulation shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defenses that Plaid would otherwise have to the Complaint, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: December 4, 2020

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP

By: */s/ Samuel V. Eichner*  _____
    Samuel V. Eichner (Bar No. 902302012)
    Douglas A. Rettew (*pro hac vice to be filed*)
    Jessica L. Hannah (*pro hac vice to be filed*)
    901 New York Avenue, NW
    Washington, D.C. 20001-4413
    (202) 408-4000 (phone)
    (202) 408-4400 (fax)
    Email: samuel.eichner@finnegan.com
    Email: doug.rettew@finnegan.com
    Email: jessica.hannah@finnegan.com

*Attorneys for Plaintiff The Toronto-Dominion Bank*

Dated: December 4, 2020                    COOLEY LLP

By: */s/ David H. Kupfer*
     David H. Kupfer
     55 Hudson Yards
     New York, NY 10001-2157
     Telephone: (212) 479-6000
     Email: dkupfer@cooley.com

     Michael G. Rhodes *(Pro Hac Vice)*
     Angela L. Dunning *(Pro Hac Vice)*
     COOLEY LLP
     101 California Street, 5th Floor
     San Francisco, California 94111-5800
     Telephone: (415) 693-2000
     Email: rhodesmg@cooley.com
     Email: adunning@cooley.com

     Bobby A. Ghajar *(Pro Hac Vice)*
     COOLEY LLP
     1333 2nd Street
     Santa Monica, California 90401
     Telephone: (310) 883-6400
     Email: bghajar@cooley.com

     *Attorneys for Defendant Plaid Inc.*

**[PROPOSED] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: _____, 2020

_____
HONORABLE JOEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE