David H. Kupfer
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000

Michael G. Rhodes *(Pro Hac Vice)*
Angela L. Dunning *(Pro Hac Vice)*
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000

Bobby A. Ghajar *(Pro Hac Vice)*
COOLEY LLP
1333 2nd Street
Santa Monica, California 90401
Telephone: (310) 883-6400

*Attorneys for Defendant Plaid Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TORONTO-DOMINION BANK,<br><br>    Plaintiff,<br><br>v.<br><br>PLAID INC.,<br><br>    Defendant. | Civil Action No. 1:20-cv-14424-RMB-JS<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff The Toronto-Dominion Bank ("TD") and Defendant Plaid Inc. ("Plaid," and together with TD, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Plaid's time to respond to the Complaint.

WHEREAS, on October 14, 2020, TD filed a Complaint for Trademark Counterfeiting, Trademark Infringement, False Designation of Origin, False Advertising, and Unfair Competition under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and New Jersey statutory and common law.

WHEREAS, the Complaint was served on Plaid on October 16, 2020.

WHEREAS, Plaid's response to the Complaint was originally due on November 6, 2020.

WHEREAS, on November 4, 2020, the Honorable Magistrate Judge Joel Schneider entered a stipulated order extending Plaid's deadline to respond to the Complaint to December 7, 2020.

WHEREAS, in view of the holidays and exploratory settlement discussions, the Parties filed a stipulation extending Plaid's deadline to respond to the Complaint to January 29, 2021, which the Court granted.

WHEREAS, the Parties are engaged in ongoing discussions regarding a possible resolution and believe that, in the interest of efficiency and judicial economy, good cause exists to defer Plaid's response deadline by another thirty days to March 1, 2021.  This extension would allow the parties to continue their discussions, which have been productive.

WHEREAS, this is the third extension of time requested by the Parties in this action, and the requested extension will not affect any other dates or deadlines in the case.

NOW, THEREFORE, the Parties, subject to Court approval, hereby stipulate as follows:

1. Plaid's obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until March 1, 2021;

2. Nothing in this stipulation shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defenses that Plaid would otherwise have to the Complaint, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: January 28, 2021 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br><br>By: */s/ Samuel V. Eichner*<br>    Samuel V. Eichner (Bar No. 902302012)<br>    Douglas A. Rettew (*pro hac vice to be filed*)<br>    Jessica L. Hannah (*pro hac vice to be filed*)<br>    901 New York Avenue, NW<br>    Washington, D.C. 20001-4413<br>    (202) 408-4000 (phone)<br>    (202) 408-4400 (fax)<br>    Email: samuel.eichner@finnegan.com<br>    Email: doug.rettew@finnegan.com<br>    Email: jessica.hannah@finnegan.com<br><br>*Attorneys for Plaintiff The Toronto-Dominion Bank* |
| Dated: January 28, 2021 | COOLEY LLP<br><br>By: */s/ David H. Kupfer*<br>    David H. Kupfer<br>    55 Hudson Yards<br>    New York, NY 10001-2157<br>    Telephone: (212) 479-6000<br>    Email: dkupfer@cooley.com<br><br>    Michael G. Rhodes *(Pro Hac Vice)*<br>    Angela L. Dunning *(Pro Hac Vice)*<br>    COOLEY LLP<br>    101 California Street, 5th Floor<br>    San Francisco, California 94111-5800<br>    Telephone: (415) 693-2000<br>    Email: rhodesmg@cooley.com<br>    Email: adunning@cooley.com<br><br>    Bobby A. Ghajar *(Pro Hac Vice)*<br>    COOLEY LLP<br>    1333 2nd Street<br>    Santa Monica, California 90401<br>    Telephone: (310) 883-6400<br>    Email: bghajar@cooley.com<br><br>*Attorneys for Defendant Plaid Inc.* |

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.


DATED: _____February 9___, 2021

_____
HONORABLE ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE