# Cooley

David H. Kupfer
+1 212 479 6530
dkupfer@cooley.com

**VIA ECF**

February 26, 2021

The Honorable Ann Marie Donio
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

**Re:** *The Toronto-Dominion Bank v. Plaid Inc.,* **Civil Action No. 1:20-cv-14424-RMB-JS**

Dear Judge Donio:

On behalf of all parties, enclosed please find a Stipulation and Proposed Order for the Court's consideration. The parties respectfully request that the deadline for Defendant to move against, answer, or otherwise respond to the Complaint be extended to and including March 31, 2021.

If your Honor finds the enclosed Stipulation and [Proposed] Order acceptable, the parties respectfully request that it be entered.

Respectfully submitted,

*/s/ David H. Kupfer*
David H. Kupfer (NJ ID # 03382-2011)
cc:     All Counsel of Record (via ECF)