David H. Kupfer
COOLEY LLP
55 Hudson Yards
New York, NY 10001-2157
Telephone: (212) 479-6000

Michael G. Rhodes *(Pro Hac Vice)*
Angela L. Dunning *(Pro Hac Vice)*
COOLEY LLP
101 California Street, 5th Floor
San Francisco, California 94111-5800
Telephone: (415) 693-2000

Bobby A. Ghajar *(Pro Hac Vice)*
COOLEY LLP
1333 2nd Street
Santa Monica, California 90401
Telephone: (310) 883-6400

*Attorneys for Defendant Plaid Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TORONTO-DOMINION BANK,<br><br>Plaintiff,<br><br>v.<br><br>PLAID INC.,<br><br>Defendant. | Civil Action No. 1:20-cv-14424-RMB-AMD<br><br>**STIPULATION EXTENDING TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT** |

Plaintiff The Toronto-Dominion Bank ("TD") and Defendant Plaid Inc. ("Plaid," and together with TD, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Plaid's time to respond to the Complaint.

WHEREAS, on October 14, 2020, TD filed a Complaint for Trademark Counterfeiting, Trademark Infringement, False Designation of Origin, False Advertising, and Unfair Competition under the Lanham Act, 15 U.S.C. § 1051, *et seq.* and New Jersey statutory and common law.

WHEREAS, the Complaint was served on Plaid on October 16, 2020.

WHEREAS, Plaid's response to the Complaint was originally due on November 6, 2020.

WHEREAS, on November 4, 2020, the Honorable Magistrate Judge Joel Schneider entered a stipulated order extending Plaid's deadline to respond to the Complaint to December 7, 2020.

WHEREAS, in view of the holidays and exploratory settlement discussions, the Parties filed a stipulation extending Plaid's deadline to respond to the Complaint to January 29, 2021, which the Court granted.

WHEREAS, the Parties continued to engage in settlement discussions in February 2021, and filed a stipulation extending Plaid's deadline to respond to the Complaint to March 1, 2021, which the Court granted.

WHEREAS, the Parties are engaged in ongoing discussions regarding a possible resolution. They have exchanged various proposals and are in weekly contact. Therefore the Parties believe that, in the interest of efficiency and judicial economy, good cause exists to defer Plaid's response deadline by another thirty days to March 31, 2021. This extension would allow the parties to continue their discussions, which have been productive.

WHEREAS, this is the fourth extension of time requested by the Parties in this action, and the requested extension will not affect any other dates or deadlines in the case.

NOW, THEREFORE, the Parties, subject to Court approval, hereby stipulate as follows:

1. Plaid's obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until March 31, 2021;

2. Nothing in this stipulation shall be construed as a waiver of any party's rights or positions in law or equity, or as a waiver of any defenses that Plaid would otherwise have to the Complaint, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: February 26, 2021					FINNEGAN, HENDERSON, FARABOW,
									GARRETT & DUNNER LLP

									By: /s/ Samuel V. Eichner
										Samuel V. Eichner (Bar No. 902302012)
										Douglas A. Rettew (*pro hac vice to be filed*)
										Jessica L. Hannah (*pro hac vice to be filed*)
										901 New York Avenue, NW
										Washington, D.C. 20001-4413
										(202) 408-4000 (phone)
										(202) 408-4400 (fax)
										Email: samuel.eichner@finnegan.com
										Email: doug.rettew@finnegan.com
										Email: jessica.hannah@finnegan.com

										*Attorneys for Plaintiff The Toronto-Dominion Bank*

Dated: February 26, 2021					COOLEY LLP

									By: /s/ David H. Kupfer
										David H. Kupfer
										55 Hudson Yards
										New York, NY 10001-2157
										Telephone: (212) 479-6000
										Email: dkupfer@cooley.com

										Michael G. Rhodes *(Pro Hac Vice)*
										Angela L. Dunning *(Pro Hac Vice)*
										COOLEY LLP
										101 California Street, 5th Floor
										San Francisco, California 94111-5800
										Telephone: (415) 693-2000
										Email: rhodesmg@cooley.com
										Email: adunning@cooley.com

										Bobby A. Ghajar *(Pro Hac Vice)*
										COOLEY LLP
										1333 2nd Street
										Santa Monica, California 90401
										Telephone: (310) 883-6400
										Email: bghajar@cooley.com

										*Attorneys for Defendant Plaid Inc.*

**[PROPOSED] ORDER**

Pursuant to stipulation, **IT IS SO ORDERED**.

DATED: 3/29, 2021

_____
HONORABLE ~~ANN MARIE DONIO~~ MATTHEW J. SKAHILL
UNITED STATES MAGISTRATE JUDGE

245341525 v1