# Cooley

David H. Kupfer
+1 212 479 6530
dkupfer@cooley.com

**VIA ECF AND VIA EMAIL (**Alexis_shaw@njd.uscourts.gov)

April 14, 2021

The Honorable Matthew J. Skahill
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re:  *The Toronto-Dominion Bank v. Plaid Inc.,* **Civil Action No. 1:20-cv-14424**

Dear Judge Skahill:

Further to the parties' courtesy call to Ms. Shaw yesterday afternoon, the parties seek a further two-week extension of time for Defendant Plaid to answer or otherwise respond to the Complaint. The Court has granted several previous extensions of the deadline, but in the last week, the Parties have made progress, including the exchange of formal settlement documents over the last several days.  As the parties work towards resolving the matter, they ask for a two-week extension of the pending deadline, which would reset the deadline to April 28, 2021.

If your Honor finds the enclosed Stipulation and [Proposed] Order acceptable, the parties respectfully request that it be entered.

Respectfully submitted,

*/s/ David H. Kupfer*
David H. Kupfer (NJ ID # 03382-2011)
cc: All Counsel of Record (via ECF)

247981081 v1