Samuel V. Eichner (Bar No. 902302012)
Douglas A. Rettew (*pro hac vice to be filed*)
Jessica L. Hannah (*pro hac vice to be filed*)
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)

*Attorneys for Plaintiff The Toronto-Dominion Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TORONTO-DOMINION BANK,<br><br>             Plaintiff,<br><br>      v.<br><br>PLAID INC.,<br><br>             Defendant. | Civil Action No. 1:20-cv-14424-RMB-JS<br><br><br>**MOTION TO DISMISS THE COMPLAINT WITH PREJUDICE** |

The Parties have amicably resolved this case. As such, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the Toronto-Dominion Bank hereby moves to dismiss the Complaint with prejudice.

| Dated: April 29, 2021 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br><br>By: /s/ Samuel V. Eichner<br>   Samuel V. Eichner (Bar No. 902302012)<br>   Douglas A. Rettew (*pro hac vice to be filed*)<br>   Jessica L. Hannah (*pro hac vice to be filed*)<br>   901 New York Avenue, NW<br>   Washington, D.C. 20001-4413<br>   (202) 408-4000 (phone)<br>   (202) 408-4400 (fax)<br>   Email: samuel.eichner@finnegan.com<br>   Email: doug.rettew@finnegan.com<br>   Email: jessica.hannah@finnegan.com<br><br>*Attorneys for Plaintiff The Toronto-Dominion Bank* |

**[PROPOSED]
ORDER**

   **IT IS SO ORDERED**.

DATED:_____, 2021

                              _____
                              HONORABLE MATTHEW J. SKAHILL
                              UNITED STATES MAGISTRATE JUDGE