

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
WWW.FINNEGAN.COM

**SAMUEL V. EICHNER**
202.408.4343
samuel.eichner@finnegan.com

May 19, 2021

The Honorable Renee Marie Bumb  **VIA ECF**
United States Magistrate Judge
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Re: *The Toronto-Dominion Bank v. Plaid Inc*. 1:20-cv-14424-RMB-MJS
<u>Settlement of Litigation and Final Dismissal of Action With Prejudice</u>

Dear Judge Bumb:

We represent Plaintiff The Toronto-Dominion Bank in this matter.

We write to advise the Court that this case has settled. Accordingly, Plaintiff requests that the pending Motion to Dismiss (ECF No. 36) be decided on the papers and before the current June 7, 2021 return date on the motion. Defendant Plaid Inc. joins this request.

Respectfully submitted,

Samuel V. Eichner, Esq.

cc: Douglas A. Rettew, Esq.
Bobby A. Ghajar, Esq. (counsel for Defendant Plaid, Inc.)
David H. Kupfer, Esq. (counsel for Defendant Plaid, Inc.)