Samuel V. Eichner (Bar No. 902302012)
Douglas A. Rettew (*pro hac vice to be filed*)
Jessica L. Hannah (*pro hac vice to be filed*)
901 New York Avenue, NW
Washington, D.C. 20001-4413
(202) 408-4000 (phone)
(202) 408-4400 (fax)

*Attorneys for Plaintiff The Toronto-Dominion Bank*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE TORONTO-DOMINION BANK,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>PLAID INC.,<br><br>　　　　　　Defendant. | Civil Action No. 1:20-cv-14424-RMB-JS<br><br><br>**JOINT STIPULATION TO DISMISS COMPLAINT WITH PREJUDICE** |

　　　　The Parties file this Joint Stipulation further to the Court's Order (Dkt. No. 38), in which the Court directed the Parties to file papers necessary to dismiss this action under the Federal Rules of Civil Procedure within sixty (60) days of the Order.

　　　　Accordingly, the Parties to this action, through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the Dismissal With Prejudice of this action, including all claims stated herein against all parties, with each party to bear its own attorney's fees, costs and expenses. The Parties respectfully request that the Dismissal With Prejudice be entered immediately.

| | |
|---|---|
| Dated: May 19, 2021 | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER LLP<br><br>By: /s/ Samuel V. Eichner<br>    Samuel V. Eichner (Bar No. 902302012)<br>    Douglas A. Rettew (*pro hac vice to be filed*)<br>    Jessica L. Hannah (*pro hac vice to be filed*)<br>    901 New York Avenue, NW<br>    Washington, D.C. 20001-4413<br>    (202) 408-4000 (phone)<br>    (202) 408-4400 (fax)<br>    Email: samuel.eichner@finnegan.com<br>    Email: doug.rettew@finnegan.com<br>    Email: jessica.hannah@finnegan.com<br><br>*Attorneys for Plaintiff The Toronto-Dominion Bank* |
| Dated: May 19, 2021 | COOLEY LLP<br><br>By: /s/ Bobby A. Ghajar<br>David H. Kupfer<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001-2157<br>Telephone: (212) 479-6000<br>Email: dkupfer@cooley.com<br><br>Michael G. Rhodes *(Pro Hac Vice)*<br>Angela L. Dunning *(Pro Hac Vice)*<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, California 94111-5800<br>Telephone: (415) 693-2000<br>Email: rhodesmg@cooley.com<br>Email: adunning@cooley.com<br><br>Bobby A. Ghajar *(Pro Hac Vice)*<br>COOLEY LLP<br>1333 2nd Street<br>Santa Monica, California 90401<br>Telephone: (310) 883-6400<br>Email: bghajar@cooley.com<br><br>*Attorneys for Defendant Plaid Inc.* |

**[PROPOSED]**
**ORDER**

**IT IS SO ORDERED**.  The case is hereby dismissed with prejudice with each side bearing their own fees and costs.

DATED:_____, 2021

_____
HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE