UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE TORONTO-DOMINION BANK, <br><br> Plaintiff, <br><br> v. <br><br> PLAID INC., <br><br> Defendant. | Civil Action No. 1:20-cv-14424-RMB-MJS <br><br> **ORDER** |

**IT IS SO ORDERED**.  The case is hereby dismissed with prejudice with each side bearing their own fees and costs.

DATED: _May 24_, 2021

_____
HONORABLE RENEE MARIE BUMB
UNITED STATES DISTRICT JUDGE